**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JAILSON DA SILVA CARVALHO,**<br>**Petitioner,**<br>**v.**<br>**ICE, et al.,**<br>**Respondents.** | **Case No. 26–cv–08491–ESK**<br><br>**ORDER** |

**THIS MATTER** having come before the Court on petitioner Jailson da Silva Carvalho's petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 (Petition) (ECF No. 1); and for the reasons stated in the accompanying Opinion; and for good cause appearing,

**IT IS** on this **13th** day of **July 2026** **ORDERED** that:

1. The Clerk shall supply to petitioner a blank form entitled "AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" to be used by petitioner in any future application to proceed *in forma pauperis*.

2. If petitioner wishes to proceed with this action, he shall so notify the Court, in writing addressed to the Clerk of the Court, at Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101 within **30 days** after the date of entry of this Order.

3. Petitioner's writing shall include either (1) a complete *in forma pauperis* application, or (2) the $5 filing fee.

4. Failure to return either the filing fee or *in forma pauperis* application in **30 days** shall result in dismissal of this matter.

5. Respondents are **PROHIBITED** from transferring petitioner outside of the District of New Jersey until further order of this Court.

6. The Clerk shall send copies of the Opinion and Order to petitioner by regular mail.

*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**