**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JAILSON DA SILVA CARVALHO,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**ICE, et al.,**<br><br>**Respondents.** | **Case No. 26–cv–08491–ESK**<br><br>**ORDER** |

**THIS MATTER** having come before the Court on petitioner Jailson da Silva Carvalho's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Petition) (ECF No. 1); and petitioner having failed to pay the filing fee or submit an *in forma* pauperis application; and for the reasons stated in the Opinion dated July 13, 2026 (ECF No. 3); and for good cause appearing,

**IT IS** on this **17th** day of **August 2026** **ORDERED** that:

1. The Petition at ECF No. 1 is **DISMISSED WITHOUT PREJUDICE**.

2. Any restrictions imposed on petitioner's location by this Court are **LIFTED**.

3. The Clerk shall send copies of the Opinion and Order to petitioner by regular mail and **CLOSE** this matter.

*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**